UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOYCE BUCK, | Case No. 3:12-CV-102 |
| Plaintiff, | Judge Timothy S. Black<br>Magistrate Judge Michael J. Newman |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | |
| Defendant. | |

**ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REMAND (Doc. 12)**

This case is before the Court on the parties' joint Motion for Remand. (Doc. 12). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Based upon the parties' stipulation, the parties' Joint Motion for Remand (Doc. 12) is **GRANTED**.

Upon remand, the Appeals Council will vacate the Administrative Law Judge's decision, the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

Date: 12/17/12

_s/ Timothy S. Black_
Timothy S. Black
United States District Judge