UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOYCE BUCK,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:12-CV-102

Judge Timothy S. Black
Magistrate Judge Michael J. Newman

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR REMAND (Doc. 12)

This case is before the Court on the parties' joint Motion for Remand. (Doc. 12). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Based upon the parties' stipulation, the parties' Joint Motion for Remand (Doc. 12) is **GRANTED**.

Upon remand, the Appeals Council will vacate the Administrative Law Judge's decision, the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

Date: 12/17/12

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge