UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JOYCE BUCK,**            CASE NO.    **3:12-cv-102**

    Plaintiff,            **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**

_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the joint Motion for Voluntary Remand (Doc. 12) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date: December 17, 2012            **JOHN P. HEHMAN, CLERK**

           By: *s/ M. Rogers*
           Deputy Clerk